**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 95-7708**

—————————

EDDIE L. HALL,

Plaintiff - Appellant,

versus

PARKER EVATT, Commissioner; WILLIAM C.
WALLACE, Warden; ROBERT E. WARD, Associate
Warden; JAMES E. FISHER, Deputy Warden; R.
MURPHY, Nurse Supervisor, in individual
composite,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  C. Weston Houck, Chief District
Judge.  (CA-94-2245-3-2-BD)

—————————

Submitted:  April 15, 1996          Decided:  April 25, 1996

—————————

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Eddie L. Hall, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hall v. Evatt, No. CA-94-2245-3-2-BD (D.S.C. Sept. 22, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED